Susan E. Bishop (SBN: 187253)
PRATT & ASSOCIATES
The Pruneyard Tower I
1901 S. Bascom Avenue, Suite 350
Campbell, CA 95008
Telephone: (408) 369-0800
Facsimile: (408) 369-0752

Attorneys for Defendant
Vic Sotto Landscaping, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TOTTEN, JOSE MORENO, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; AND LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA; NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS for itself and on behalf of LABORERS LOCAL NO. 270,<br><br>Plaintiffs,<br><br>v.<br><br>VIC SOTTO LANDSCAPING, INC, A California Corporation,<br><br>Defendant. | Case No. C 06 1893 ~~CW~~ JCS<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DEADLINE FOR MEDIATION<br><br>Action Filed: March 10, 2006 |

The parties stipulate to the following:

On December 6, 2006, the parties agreed to mediate the above-referenced matter with the assistance of mediator Mark Humbert. Based on the scheduling of all of the parties involved, we agreed to mediate this matter on January 23, 2007. We have agreed, pending the Court's approval, to extend the mediation cut-off date to February 1, 2007.

Dated: December 7, 2006

PRATT & ASSOCIATES

By _____
Susan E. Bishop, Attorneys for Defendant

WEINBERG, ROGER & ROSENFELD

By _____
Conchita Lozano-Batista, Attorneys for Plaintiffs

**ORDER**

It is so ordered.

Dated:   December 8, 2006

_____
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA