BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
CONCHITA LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone (510) 337-1001
Fax (510) 337-1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TOTTEN, JOSE MORENO, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA; NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS for itself and on behalf of LABORERS' LOCAL NO. 270,<br><br>Plaintiffs,<br><br>v.<br><br>VIC SOTTO LANDSCAPING, INC., A California Corporation,<br><br>Defendant. | No.    CV 06 01893 JCS<br><br>**STIPULATION FOR DISMISSAL OF PLAINTIFF TRUST FUNDS** |

The undersigned parties, having reached a settlement in a prior case, Case No. C-06-2108 CRB, hereby stipulate and request that the Court so order that the above-entitled matter be dismissed in its entirety without prejudice as to Plaintiffs, LARRY TOTTEN, JOSÉ MORENO, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

STIPULATION FOR DISMISSAL OF PLAINTIFF TRUST FUNDS
Case No. CV 06 01893 JCS

NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA.

The undersigned parties also agree that Plaintiff, Northern District Council of Laborers, for itself and on behalf of Laborers' Local No. 270, is not a party to this Stipulation.

Dated: January 9, 2007.

                WEINBERG, ROGER & ROSENFELD
                A Professional Corporation

                CONCEPCIÓN E. LOZANO-BATISTA
                Attorney for Plaintiffs

Dated: January 9, 2007.

                PRATT & ASSOCIATES

                By: _____
                SUSAN BISHOP
                Attorney for Defendant

112424/444727

**ORDER**

The Court approves the terms of the above Stipulation and the parties are ordered to comply with this Order. In addition the Court orders:

Dated: _____

                _____
                JOSEPH C. SPERO, MAGISTRATE
                JUDGE OF THE DISTRICT COURT

WEINBERG, ROGER & ROSENFELD

NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA.

The undersigned parties also agree that Plaintiff, Northern District Council of Laborers, for itself and on behalf of Laborers' Local No. 270, is not a party to this Stipulation.

Dated: January 9, 2007.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

_____//s//_____
CONCEPCIÓN E. LOZANO-BATISTA
Attorney for Plaintiffs

Dated: January 9, 2007.

PRATT & ASSOCIATES

By:_____
SUSAN BISHOP
Attorney for Defendant

112424/444727

## ORDER

The Court approves the terms of the above Stipulation and the parties are ordered to comply with this Order. In addition the Court orders:

Dated: Jan. 16, 2007

_____
HONORABLE
MAGISTRATE Judge Joseph C. Spero
UNITED STATES DISTRICT COURT

- 2 -
STIPULATION FOR DISMISSAL OF PLAINTIFF TRUST FUNDS
Case No. CV 06 01893 JCS

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001