1  BARRY E. HINKLE, Bar No. 071223
   PATRICIA A. DAVIS, Bar No. 179074
2  CONCHITA LOZANO-BATISTA, Bar No. 227227
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone (510) 337-1001
5  Fax (510) 337-1023

6  Attorneys for Plaintiffs

8           UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

11 LARRY TOTTEN, JOSE MORENO, in            ) No.   CV 06 01893 JCS
   their capacities as Trustees of the LABORERS )
12 HEALTH AND WELFARE TRUST FUND           )
   FOR NORTHERN CALIFORNIA; LABORERS )
13 VACATION-HOLIDAY TRUST FUND FOR         ) **STIPULATION FOR DISMISSAL OF**
   NORTHERN CALIFORNIA; LABORERS           ) **PLAINTIFF TRUST FUNDS**
14 PENSION TRUST FUND FOR NORTHERN         )
   CALIFORNIA; and LABORERS TRAINING       )
15 AND RETRAINING TRUST FUND FOR           )
   NORTHERN CALIFORNIA; NORTHERN           )
16 CALIFORNIA DISTRICT COUNCIL OF          )
   LABORERS for itself and on behalf of    )
17 LABORERS' LOCAL NO. 270,                )
                                           )
18          Plaintiffs,                    )
                                           )
19     v.                                  )
                                           )
20 VIC SOTTO LANDSCAPING, INC., A          )
   California Corporation,                 )
21                                         )
            Defendant.                     )
22                                         )

23     The undersigned parties, having reached a settlement in a prior case, Case No. C-06-2108

24 CRB, hereby stipulate and request that the Court so order that the above-entitled matter be

25 dismissed in its entirety without prejudice as to Plaintiffs, LARRY TOTTEN, JOSÉ MORENO, in

26 their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR

27 NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

28

1  NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN
2  CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR
3  NORTHERN CALIFORNIA.

4      The undersigned parties also agree that Plaintiff, Northern District Council of Laborers, for
5  itself and on behalf of Laborers' Local No. 270, is not a party to this Stipulation.

6  
7  Dated: January 9, 2007.

                              WEINBERG, ROGER & ROSENFELD
8                               A Professional Corporation

9
10                               CONCEPCIÓN E. LOZANO-BATISTA
                              Attorney for Plaintiffs

11
12 Dated: January 9, 2007.

                              PRATT & ASSOCIATES

13
14                               By:_____
                              SUSAN BISHOP
15                               Attorney for Defendant

16  112424/444727

17  **ORDER**

18  
19      The Court approves the terms of the above Stipulation and the parties are ordered to
20  comply with this Order. In addition the Court orders:

21
22  
23  Dated:_____

24                                JOSEPH C. SPERO, MAGISTRATE
25                               JUDGE OF THE DISTRICT COURT

26
27
28
WEINBERG, ROGER &
ROSENFELD

- 2 -

NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA.

The undersigned parties also agree that Plaintiff, Northern District Council of Laborers, for itself and on behalf of Laborers' Local No. 270, is not a party to this Stipulation.

Dated: January 9, 2007.

    WEINBERG, ROGER & ROSENFELD
    A Professional Corporation

    //s//
    CONCEPCIÓN E. LOZANO-BATISTA
    Attorney for Plaintiffs

Dated: January 9, 2007.

    PRATT & ASSOCIATES

    By:_____
    SUSAN BISHOP
    Attorney for Defendant

112424/444727

## ORDER

The Court approves the terms of the above Stipulation and the parties are ordered to comply with this Order. In addition the Court orders:

Dated: Jan. 16, 2007

HONORABLE
MAGISTRATE [signature: JCS] DISTRICT COURT
Judge Joseph C. Spero

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

- 2 -
STIPULATION FOR DISMISSAL OF PLAINTIFF TRUST FUNDS
Case No. CV 06 01893 JCS