# Pratt Associates

**Pratt and Associates**

Pruneyard Tower One
1901 South Bascom Avenue
Suite 350
Campbell, CA 95008

Phone 408.369.0800
Fax 408.369.0752

**Attorneys at Law**

Sharon Glenn Pratt
Rosalia Burgueño Tapia
Peter W. Gumaer
Susan Elizabeth Bishop

www.prattattorneys.com

January 24, 2007

<u>**VIA E-FILING ONLY**</u>

Judge Joseph C. Spero
450 Golden Gate Ave,
Courtroom A, 15th Floor
San Francisco, CA 94102

Re: Request for Telephonic Appearance
Case No: 3:06-cv-01893 JCS *Totten v. Vic Sotto Landscaping, Inc.*

Dear Judge Spero:

I request permission to appear telephonically for the Further Case Management Conference set for January 26, 2007 @ 1:30 p.m. in the above-referenced matter.

My client is a very small business owner who is concerned about the costs of the litigation. I would like to save my client money by appearing telephonically, instead of driving from Campbell to San Francisco and back.

There are no updates since the last Case Management Conference, except that we are set to have a mediation on January 29, 2007 before C. Mark Humbert of Green & Humbert, Attorneys at Law.

Should my request be approved, I can be reached at (408) 369-0800, extension 207, on January 26, 2007.

Thank you for your consideration of this request. Should you have any questions, please do not hesitate to contact me.

Very Truly Yours,

SUSAN E. BISHOP

cc: Conchita Lozano-Batista

Dated: Jan. 24, 2007

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA