BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
CONCHITA LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone (510) 337-1001
Fax (510) 337-1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TOTTEN, JOSE MORENO, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA; NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS for itself and on behalf of LABORERS' LOCAL NO. 270,<br><br>Plaintiffs,<br><br>v.<br><br>VIC SOTTO LANDSCAPING, INC., A California Corporation,<br><br>Defendant. | No.    CV 06 01893 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR MEDIATION** |

The undersigned parties hereby stipulate and request that the Court so order that the deadline for mediation in the above-entitled be extended to April 1, 2007 to allow Plaintiffs to complete their audit of Defendant's books and records prior to the mediation. Plaintiffs conducted an audit of Defendant's records, as previously agreed, on February 6, 2007. However, Plaintiffs contend that the records produced by Defendant during the audit were incomplete. Defendant has

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR MEDIATION
Case No. CV 06 01893 JCS

1  agreed to produce additional documentation in an effort to complete the audit. Plaintiffs and

2  Defendant have scheduled a follow-up audit for the week of March 5, 2007. Plaintiffs and

3  Defendant would like to complete the audit prior to the mediation. The parties have agreed to

4  mediate this matter with mediator Mark Humbert. Mr. Humbert is not available for mediation until

5  the latter part of March. Accordingly, the parties have agreed to extend the deadline for mediation

6  to April 1, 2007.

7

Dated: February 28, 2007.

8

9  WEINBERG, ROGER & ROSENFELD
A Professional Corporation

10  _____//s//_____
CONCEPCIÓN E. LOZANO-BATISTA
11  Attorney for Plaintiffs

12  Dated: February 28, 2007.

13  PRATT & ASSOCIATES

14  By:_____

15  SUSAN BISHOP
Attorney for Defendant

16

17  112424/449872

18  **ORDER**

19

20  The Court approves the terms of the above Stipulation and the parties are ordered to

comply with this Order. In addition the Court orders:

21

22

23  Dated:___March 1, 2007____

24

25  HONORABLE MAGISTRATE DISTRICT COURT
Judge Joseph C. Spero

26

27

28

WEINBERG, ROGER &
ROSENFELD

- 2 -