SUSAN E. BISHOP (SBN: 187253)
PRATT & ASSOCIATES
1901 S. Bascom Ave., Ste. 350
Campbell, CA 95008
Telephone (408) 369-0800
Facsimile: (408) 369-0752

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TOTTEN, JOSE MORENO, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA; NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS for itself and on behalf of LABORERS' LOCAL NO. 270,<br><br>Plaintiffs,<br><br>v.<br><br>VIC SOTTO LANDSCAPING, INC., A California Corporation,<br><br>Defendant. | No.   CV 06 01893 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

  The undersigned parties hereby stipulate and request that the Court so order that the case management conference currently set for March 16, 2007 at 1:30 p.m. be continued to either April 6 or April 13, 2007 at 1:30 p.m.

  The reason for the request is twofold. First, the parties are still waiting for the results of an audit that was conducted by Plaintiff's auditors. After the results of the audit are made available, the parties have agreed to mediate the issues. The current mediation cut-off date is April 1, 2007. The parties will have more information to provide the court once the mediation has occurred.

  Second, lead counsel for each of the parties has a conflict with regard to the timing of the

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

current case management conference. In light of other obligations, the parties are having difficulty attending in person or being available by phone at the time stated above. Given that there are no new developments since the last case management conference, the parties respectfully request a short continuance.

Dated: March 12, 2007.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

_____
CONCEPCION E. LOZANO-BATISTA
Attorney for Plaintiffs

Dated: March 12, 2007.

PRATT & ASSOCIATES

_____
SUSAN E. BISHOP
Attorney for Defendant

## ORDER

The Court approves the terms of the above Stipulation and the case management conference has been continued to __April 6, 2007 at 1:30 p.m.__. In addition the Court orders: that the joint updated case management conference statement shall be due by March 30, 2007.

Dated: __3/14/7__

_____
HONORABLE JOSEPH C. SPERO
MAGISTRATE JUDGE, DISTRICT COURT

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero)

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

- 2 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. CV 06 01893 JCS