Susan E. Bishop (SBN: 187253)
PRATT & ASSOCIATES
The Pruneyard Tower I
1901 S. Bascom Avenue, Suite 350
Campbell, CA 95008
Telephone: (408) 369-0800
Facsimile: (408) 369-0752

Attorneys for Defendant
Vic Sotto Landscaping, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TOTTEN, JOSE MORENO, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; AND LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA; NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS for itself and on behalf of LABORERS LOCAL NO. 270, <br><br> Plaintiffs, <br><br> v. <br><br> VIC SOTTO LANDSCAPING, INC, A California Corporation, <br><br> Defendant. | Case No. C 06 1893 CW <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DEADLINE FOR MEDIATION** <br><br> **Action Filed: March 10, 2006** |

The undersigned parties hereby stipulate and request that the Court so order that the deadline for mediation in the above-entitled be extended to August 1, 2007 to allow Plaintiff Northern California District Council Of Laborers For Itself And On Behalf Of Laborers Local No. 270 an opportunity to review the discovery responses from Defendants mailed to Plaintiff's counsel on May 18, 2007. Included with the responses were numerous documents that may assist in allowing this case to be resolved through mediation. Without a review of the documents, it is

unlikely that this matter could be resolved through mediation.

Further, the parties have agreed to mediate this matter with mediator Mark Humbert. Mr. Humbert has indicated that he only has two days open for a mediation in June, but that he has numerous days in July in which he can conduct a mediation. Accordingly, the parties have agreed to extend the deadline for mediation to August 1, 2007.

Dated: May 23, 2007.

           WEINBERG, ROGER & ROSENFELD
           A Professional Corporation

           //s//
           CONCEPCIÓN E. LOZANO-BATISTA
           Attorney for Plaintiffs

Dated: May 23, 2007.

           PRATT & ASSOCIATES

           By: _____
           SUSAN E. BISHOP
           Attorney for Defendant

## ORDER

The Court approves the terms of the above Stipulation and the parties are ordered to comply with this Order. In addition the Court orders: that the further case management conference, currently set for June 15, 2007, at 1:30 PM, is continued to August 3, 2007, at 1:30 PM. A joint updated case management conference statement shall be due by July 27, 2007.

Dated: May 24, 2007



_____
HONORABLE JOSEPH C. SPERO
MAGISTRATE JUDGE OF THE DISTRICT COURT